# NO. 12-21-00169-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *ROBERT F. CALDWELL,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## MEMORANDUM OPINION
## PER CURIAM

Robert F. Caldwell, acting pro se, filed this original proceeding to seek a writ of mandamus compelling Respondent to respond to his petitions for writ of mandamus filed in the trial court on May 21, 2021 and June 17, 2021.[1] On October 4, 2021, the Clerk of this Court informed Relator that his petition fails to comply with appellate rules 52.3(k) and 52.7. *See* TEX. R. APP. P. 52.3(k) (appendix); *see also* TEX. R. APP. P. 52.7 (record). The notice warned that the petition would be referred to this Court for dismissal unless Relator provided the appendix and record on or before October 15. In an affidavit, Relator subsequently advised this Court that he has no documents to submit.

Generally, a party seeking mandamus relief must bring forward all that is necessary to establish his claim for mandamus relief. *See* TEX. R. APP. P. 52. This includes filing an appendix and record as part of the petition. *See* TEX. R. APP. P. 52.3(k), 52.7. The contents of both are prescribed by the rules of appellate procedure. *See* TEX. R. APP. P. 52.3(k), 52.7(a). Here, Relator provided neither an appendix nor a record. Without an appendix and a record, we are unable to determine whether Relator is entitled to mandamus relief. Accordingly, we ***deny*** Relator's petition for writ of mandamus. All pending motions are ***overruled as moot***.

Opinion delivered November 10, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

---

[1] Respondent is the Honorable Kerry L. Russell, Judge of the 7th District Court in Smith County, Texas. The State of Texas is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 10, 2021**

**NO. 12-21-00169-CR**

**ROBERT F. CALDWELL,**
Relator
V.

**HON. KERRY L. RUSSELL,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Robert F. Caldwell; who is the relator in appellate cause number 12-21-00169-CR and the defendant in trial court cause number 007-81669-97, formerly pending on the docket of the 7th Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on October 4, 2021, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **denied**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*